■ WHEEL CHAIR HOME, INC., Doing Business as THE SCHOFIELD RESIDENCE, Appellant, v JAMES SAVAGE et al., Respondents. (Appeal No. 2.) [636 NYS2d 679] —Appeal unanimously dismissed without costs. Same Memorandum as in *Wheel Chair Home v Savage* (222 AD2d 1014 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Reargument.) Present—Pine, J. P., Fallon, Wesley, Balio and Boehm, JJ.